UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BEATRICE KAJIKO,
        Plaintiff,

vs.

COMMISSIONER of Social Security,
        Defendant
_____/

Civil Action No. 3:19-cv-1363-BR

ORDER GRANTING AWARD
OF ATTORNEYS FEES UNDER
42 U.S.C. § 406(b)

**ORDER**

Based upon the Plaintiff's Unopposed Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $35,897.55 minus $7,600.16 paid Plaintiff's Counsel in EAJA fees, expenses and costs for the total amount of $28,297.39.

It is FURTHER ORDERED that :Plaintiff's counsel is hereby allowed to receive attorneys' fees in the amount of $35,897.55 pursuant to 42 U.S.C. § 406(b)(1)(A). Previously, this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 in the amount of $7,600.16. After the EAJA fees are subtracted from the $35,897.55, Plaintiff's counsel may seek $28,297.39 directly from Plaintiff. If Plaintiff's counsel is unsuccessfully in obtaining direct payment from Plaintiff, counsel may request SSA's assistance in collecting the fee as outlined in Program Operations Manual System (POMS) GN 03920.055 (May 19, 2014),

ORDER - 1
3:19-CV-1363-BR

*available* https://secure.ssa.gov/apps10/poms.nsf/lnx/0203920055.

DATED this 18th day of October, 2021

/s/ Anna J. Brown

_____
U.S. DISTRICT SENIOR JUDGE

Prepared and Submitted by:

**LISA R. LANG,** OSB NO. 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309